**Opinion filed November 27, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00051-CV

_____

**JACK LEE BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JACK LEE BISHOP TRUST, Appellant**

**V.**

**JOEL BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JAY D. BISHOP TRUST AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JAY D. BISHOP, DECEASED, ET AL., Appellees**

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV32823**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to remand this cause to the trial court for proceedings in accordance with the parties' settlement agreement. A mediated settlement agreement is attached to Appellant's motion. In that agreement, the parties agree to pay their own attorney's fees and costs and agree that they will join

in an agreed dismissal of this appellate proceeding and ultimately, after all documents are executed, a dismissal of all claims in the trial court. The parties have indicated, in a joint response to a letter issued by this court on November 15, 2019, that it is their preference that we dismiss this appeal and remand the cause for further proceedings in accordance with the settlement agreement.

Accordingly, we grant the motion to remand, remand the cause for further proceedings in accordance with the parties' settlement agreement, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

November 27, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.